**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-2401**

_____

CEDRIC D. JACOBS,

        Plaintiff - Appellant,

      v.

UNITED PARCEL SERVICE, INC.,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:15-cv-00381-GCM)

_____

Submitted:  April 26, 2017                      Decided:  May 9, 2017

_____

Before NIEMEYER, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Cedric D. Jacobs, Appellant Pro Se.  Alexandra Garrison Barnett, Glenn G. Patton, ALSTON & BIRD, LLP, Atlanta, Georgia; Susan Ballantine Molony, ALSTON & BIRD, LLP, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedric D. Jacobs appeals the district court's order granting the Defendant's motion for summary judgment in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jacobs v. United Parcel Service, Inc.*, No. 3:15-cv-00381-GCM (W.D.N.C. Dec. 5, 2016). We grant Jacobs leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*